PRISONER'S CIVIL RIGHTS COMPLAINT (Rev. 05/2015)

IN THE UNITED STATES DISTRICT COURT
FOR THE ______________ DISTRICT OF TEXAS
______________ DIVISION

FILED
October 19, 2020
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: lad
DEPUTY

Donquale Jefferson 2223188
Plaintiff's Name and ID Number

Alfred Hughes Unit
Place of Confinement

CASE NO. 6:20-cv-00989
(Clerk will assign the number)

v.

Annette Benavides Martinez / Hughes unit
Defendant's Name and Address

Kyla Tillman / Hughes unit
Defendant's Name and Address

Samantha Simons / Hughes unit
Defendant's Name and Address
( DO NOT USE "ET AL.")

---

## INSTRUCTIONS - READ CAREFULLY

**NOTICE:**

**Your complaint is subject to dismissal unless it conforms to these instructions and this form.**

1. To start an action you must file an original and one copy of your complaint with the court. You should keep a copy of the complaint for your own records.

2. Your complaint must be legibly handwritten, in ink, or typewritten. You, the plaintiff, must sign and declare under penalty of perjury that the facts are correct. If you need additional space, **DO NOT USE THE REVERSE SIDE OR BACKSIDE OF ANY PAGE.** ATTACH AN ADDITIONAL BLANK PAGE AND WRITE ON IT.

3. You must file a separate complaint for each claim you have unless the various claims are all related to the same incident or issue or are all against the same defendant, Rule 18, Federal Rules of Civil Procedure. Make a short and plain statement of your claim, Rule 8, Federal Rules of Civil Procedure.

4. When these forms are completed, mail the original and one copy to the clerk of the United States district court for the appropriate district of Texas in the division where one or more named defendants are located, or where the incident giving rise to your claim for relief occurred. If you are confined in the Texas Department of Criminal Justice, Correctional Institutions Division (TDCJ-CID), the list labeled as "VENUE LIST" is posted in your unit law library. It is a list of the Texas prison units indicating the appropriate district court, the division and an address list of the divisional clerks.

**FILING FEE AND *IN FORMA PAUPERIS* (IFP)**

1. In order for your complaint to be filed, it must be accompanied by the statutory filing fee of $350.00 plus an administrative fee of $50.00 for a total fee of **$400.00**.

2. If you do not have the necessary funds to pay the fee in full at this time, you may request permission to proceed *in forma pauperis*. In this event you must complete the application to proceed *in forma pauperis*, setting forth information to establish your inability to prepay the fees and costs or give security therefor. You must also include a current six-month history of your inmate trust account. If you are an inmate in TDCJ-CID, you can acquire the application to proceed *in forma pauperis* and the certificate of inmate trust account, also known as *in forma pauperis* data sheet, from the law library at you prison unit.

3. The Prison Litigation Reform Act of 1995 (PLRA) provides "... if a prisoner brings a civil action or files an appeal *in forma pauperis*, the prisoner shall be required to pay the full amount of a filing fee." *See* 28 U.S.C. § 1915. Thus, the court is required to assess and, when funds exist, collect, the entire filing fee or a initial partial filing fee and monthly installments until the entire amount of the filing fee has been paid by the prisoner. If you submit the application to proceed *in forma pauperis*, the court will apply 28 U.S.C. § 1915 and, if appropriate, assess and collect the entire filing fee or an initial partial filing fee, then monthly installments from you inmate trust account, until the entire $350.00 statutory filing fee has been paid. (The $50.00 administrative fee does not apply to cases proceeding *in forma pauperis*.)

4. If you intend to seek *in forma pauperis* status, do not send your complaint without an application to proceed *in forma pauperis* and the certificate of inmate trust account. Complete all essential paperwork before submitting it to the court.

**CHANGE OF ADDRESS**

It is your responsibility to inform the court of any change of address and its effective date. Such notice should be marked **"NOTICE TO THE COURT OF CHANGE OF ADDRESS"** and shall not include any motion for any other relief. Failure to file a NOTICE OF THE COURT OF CHANGE OF ADDRESS may result in the dismissal of your complaint pursuant to Rule 41(b), Federal Rules of Civil Procedure.

I. PREVIOUS LAWSUITS:

A. Have you filed *any* other lawsuit in state or federal court relating to your imprisonment? ___YES _✓_NO

B. If your answer to "A" is "yes", describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, giving the same information.)

1. Approximate date of filing lawsuit: ________________
2. Parties to previous lawsuit:

   Plaintiff(s) ________________

   Defendant(s) ________________
3. Court: (If federal, name the district; if state, name the county.) ________________
4. Cause number: ________________
5. Name of judge to whom case was assigned: ________________
6. Disposition: (Was the case dismissed, appealed, still pending?) ________________
7. Approximate date of disposition: ________________

II. PLACE OF PRESENT CONFINEMENT: Alfred Hughes Unit Gatesville TX

III. EXHAUSTION OF GRIEVANCE PROCEDURES:

Have you exhausted all steps of the institutional grievance procedure? ✓ YES ___NO

Attach a copy of your final step of the grievance procedure with the response supplied by the institution.

IV. PARTIES TO THIS SUIT:

A. Name and address of plaintiff: DONAVALE JEFFERSON
3201 FM 929 Gatesville TX 76597

B. Full name of each defendant, his official position, his place of employment, and his full mailing address.

Defendant #1: Kyla Tillman C.O III w/ T.D.C.J.
3201 FM 929 Gatesville TX 76597

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
Charging officer alleging establishment inappropriate relationship.

Defendant #2: Annette Benavides Martinez
3201 FM 929 Gatesville TX 76597

Briefly describe the acts(s) or omission(s) of this defendant which you claimed harmed you.
Deprivation of liberty - violated procedural due process

Defendant #3: Samantha Simons
3201 FM 929 Gatesville TX 76597

Briefly describe the acts(s) or omission(s) of this defendant which you claimed harmed you.
Lied on/in hearing - did not investigate life in danger claim

Defendant #4: Arron Castillo
3201 FM 929 Gatesville TX 76597

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
Stole/packed property - refused me medical - vital - supply.

Defendant #5: Justen Edwards
3201 FM 929 Gatesville TX 76597

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
Stole/packed property - refused vital medical supply

Continuous of Defendant<s>:

#6: Lighten, Lawrence
3201 Gatesville TX 76597 <3201 FM 929>
Custody downgrade exposure to cruel and unusual punishment.

#7: Leslie Harman
3201 FM 929 Gatesville TX 76597
Custody downgrade exposure to cruel and unusual punishment.

#8: Beau Smith
3201 FM 929 Gatesville TX 76597
Revoked 'Frontcuff' pass exposure to cruel and unusual punishment

#9: Douglas Greene
3201 FM 929 Gatesville TX 76597
Revoked Frontcuff pass exposure to cruel and unusual punishment.

V. STATEMENT OF CLAIM:

State here in a short and plain statement the facts of your case, that is, what happened, where did it happen, when did it happen, and who was involved. Describe how each defendant is involved. You need not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach extra pages if necessary, but remember the complaint must be stated briefly and concisely. IF YOU VIOLATE THIS RULE, THE COURT MAY STRIKE YOUR COMPLAINT.

K. Tillman allege plintiff of establishing inappropriate relationship. S.-Simons arrested plaintiff placing into solitary confinement with no property, hygenic or vital/general medical property. Ignored life indangerment claim, discarded property namely a lightbulb, Olypia Ribbon x2, Cleartech lift off tape, and lied on recording during hearing. A.B. Martinez initiated court hearing thus violating ~~nop~~ plaintiff procedural rights and depriving him of liberty by deficiently investigating charge, omitting witnesses, cross, denial of presentation of documentary evidence, threatening plaintiff with immenent physical harm, showing partiality, excluding plaintiff from evidence stages, edit-

VI. RELIEF:

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

~~[illegible]~~

Plaintiff is asking the courts to Command the T.D.C.J. agency

VII. GENERAL BACKGROUND INFORMATION:

A. State, in complete form, all names you have ever used or been known by including any and all aliases.

Donquale Jeffers / Delmonte Jeff / Dii Jay Victorious

B. List all TDCJ-CID identificaiton numbers you have ever been assigned and all other state or federal prison or FBI numbers ever assigned to you.

2223188  1797200

VIII. SANCTIONS:

A. Have you been sanctioned by any court as a result of any lawsuit you have filed? ____ YES __✓__ NO

B. If your answer is "yes," give the following information for every lawsuit in which sanctions were imposed. (If more than one, use another piece of paper and answer the same questions.)

1. Court that imposed sanctions (if federal, give the district and division): ____________
2. Case number: ____________
3. Approximate date sanctions were imposed: ____________
4. Have the sanctions been lifted or otherwise satisfied? ____ YES ____ NO

continuous of 'Statement Of Claim':
ed video recording excluding facts and threats, ignored 210's double hand writing and inadequatey and omissions, deactivation of recording device in hearing, and refused to fact-check. A.B. Martinez stole 15 days good time from me, and placed me on commissary, recreation, and property ristrictions in addition to contact visit restriction. Additional punishment came from L. Lighten and L. Harman as they downgraded me from G2-General Population to G5-Close Custody. B. Smith Maliciously vetoed my frontcuff-pass forcing D. Greene to Revoke it even though It causes grave pain to place arm behind back. Being that I was deprived of liberty did violated my procedural due process rights <14 amendment> and subjected plaintiff to unconstitutional and inhumane conditions which violated the eighth <8> Amendment prohibition against cruel and unusual punishment.

Continuous "Relief":

to cover all attorney and litigation cost/compensatory damages, $28.25 for damaged property. Plaintiff is also asking the courts to command the T.D.C.J. agency to pay plaintiff in the amount of $17,500.00 for each day plaintiff was plased unlawfully in Closed Custody which instilled -possibly permanent- excruciating physical pain and mental and physically suffering and emotional distress

C. Has any court ever warned or notified you that sanctions could be imposed? ____ YES _√_ NO

D. If your answer is "yes," give the following information for every lawsuit in which a warning was issued. (If more than one, use another piece of paper and answer the same questions.)

1. Court that issued warning (if federal, give the district and division): ____________________
2. Case number: ____________________
3. Approximate date warning was issued: ____________________

Executed on: 10/12/2020
DATE

Dwyde DS T.V. Jefferson

(Signature of Plaintiff)

**PLAINTIFF'S DECLARATIONS**

1. I declare under penalty of perjury all facts presented in this complaint and attachments thereto are true and correct.
2. I understand, if I am released or transferred, it is my responsibility to keep the court informed of my current mailing address and failure to do so may result in the dismissal of this lawsuit.
3. I understand I must exhaust all available administrative remedies prior to filing this lawsuit.
4. I understand I am prohibited from brining an *in forma pauperis* lawsuit if I have brought three or more civil actions or appeals (from a judgment in a civil action) in a court of the United States while incarcerated or detained in any facility, which lawsuits were dismissed on the ground they were frivolous, malicious, or failed to state a claim upon which relief may be granted, unless I am under imminent danger of serious physical injury.
5. I understand even if I am allowed to proceed without prepayment of costs, I am responsible for the entire filing fee and costs assessed by the court, which shall be deducted in accordance with the law from my inmate trust account by my custodian until the filing fee is paid.

Signed this Twelfth (12) day of October, 20 20.
(Day) (month) (year)

Dwyde DS T.V. Jefferson

(Signature of Plaintiff)

**WARNING: Plaintiff is advised any false or deliberately misleading information provided in response to the above questions may result in the imposition of sanctions. The sanctions the court may impose include, but are not limited to, monetary sanctions and the dismissal of this action with prejudice.**

# Texas Department of Criminal Justice

## STEP 1 OFFENDER GRIEVANCE FORM

| OFFICE USE ONLY | |
|---|---|
| Grievance #: | 2020074071 |
| Date Received: | 2-7-20 |
| Date Due: | 3-18-20 |
| Grievance Code: | 501 |
| Investigator ID #: | I2735 |
| Extension Date: | 4/27/20 |
| Date Retd to Offender: | 4/27/20 KM APR 2 9 2020 |

Offender Name: Jouquea Jefferson TDCJ # 2223188

Unit: A. H. Unit Housing Assignment: 11 - Bld - 23 cell

Unit where incident occurred: All Unit

**You must try to resolve your problem with a staff member before you submit a formal complaint. The only exception is when appealing the results of a disciplinary hearing.**

Who did you talk to (name, title)? Both Sgt's who locked me up When? 2/4/20

What was their response? All disrespect.

What action was taken? I.127.

**State your grievance in the space provided. Please state who, what, when, where and the disciplinary case number if appropriate**

Today 2/4/20 I went to commissary and was seen by Salesperson "BS00272". I purchased $98.85. The ladie who ~~[illegible]~~ did my purchase told me to put my lightbulb in my jacket pocket for there it will be safe, and I did. I left commissary and made it back to my building when I was stopped by sgt and told to put my hands behind my back and was escorted to 10 Bld medical. I did not make it into my housing assignment or anything. I was arrested at the double doors to 4 Bld. As I was escorted to medical you can see I have my jacket, yet as I left you can see I don't. Proof that my lightbulb was in my pocket is because I told the sgt and the nurse spoke on it asking "Why do you have a lightbulb in your jacket pocket?" And I advised her I'd just left store. Furthermore I also had 2 Olympia Ribbons' and a Cleartech Lift Off in my ~~[illegible]~~ jacket pocket. Furthermore my 3 Ice creams were locked in property and ofcourse will be destroyed by the time I receive them my property. On the property inventory sheet the Ice cream is listed on line NO. 14 of the miscellaneous Items. I am asking that the amount of $13.25 + tax be placed back onto my account; Lightbulb L.E.D. $2.65. Cleartech Lift Off $.35. Icecream pint x3 $6.75. Olypia Ribbon x2 $3.50, plus some of these 3/4 Items carries tax. ~~In addition my I.D. was also lost!!~~

I-127 Front (Revised 11-2010) YOUR SIGNATURE IS REQUIRED ON BACK OF THIS FORM (OVER)

Legal actions will be taken if NOT returned.

**Action Requested to resolve your Complaint.** Refunded for the above listed Items, I.D. plus commissary and or money of $13.23 plus Tax.

**Offender Signature:** Doryule Fergerson **Date:** 2/04/20 2/04/20

**Grievance Response:**

Your grievance has been reviewed and investigated. There was no evidence found to support your allegation that staff was responsible for the loss of personal property. Records revealed that you signed a PROP-05 on 02/11/20 stating that "3 pints of Ice Cream (melted) disposed of." Based on available facts, no further action warranted by this office.

**Signature Authority:** AW Akwitti **Date:** 4-28-2020

**If you are dissatisfied with the Step 1 response, you may submit a Step 2 (I-128) to the Unit Grievance Investigator within 15 days from the date of the Step 1 response. State the reason for appeal on the Step 2 Form.**

**Returned because:** ***Resubmit this form when the corrections are made.**

- ☐ 1. Grievable time period has expired.
- ☐ 2. Submission in excess of 1 every 7 days. *
- ☐ 3. Originals not submitted. *
- ☐ 4. Inappropriate/Excessive attachments. *
- ☐ 5. No documented attempt at informal resolution. *
- ☐ 6. No requested relief is stated. *
- ☐ 7. Malicious use of vulgar, indecent, or physically threatening language. *
- ☐ 8. The issue presented is not grievable.
- ☐ 9. Redundant, Refer to grievance # ______
- ☐ 10. Illegible/Incomprehensible. *
- ☐ 11. Inappropriate. *

**UGI Printed Name/Signature:** ______

**Application of the screening criteria for this grievance is not expected to adversely Affect the offender's health.**

**Medical Signature Authority:** ______

**OFFICE USE ONLY**

Initial Submission UGI Initials: ______

Grievance #: ______

Screening Criteria Used: ______

Date Recd from Offender: ______

Date Returned to Offender: ______

**2nd Submission** **UGI Initials:** ______

Grievance #: ______

Screening Criteria Used: ______

Date Recd from Offender: ______

Date Returned to Offender: ______

**3rd Submission** **UGI Initials:** ______

Grievance #: ______

Screening Criteria Used: ______

Date Recd from Offender: ______

Date Returned to Offender: ______

Carbon copied for [illegible] legal matters

Texas Department of Criminal Justice

8L-41B

# STEP 1 OFFENDER GRIEVANCE FORM

| OFFICE USE ONLY | |
|---|---|
| Grievance #: | 2020081274 |
| Date Received: | FEB 24 2020 |
| Date Due: | 3/29/20 |
| Grievance Code: | 400 |
| Investigator ID #: | 124716 |
| Extension Date: | 4-24-20 |
| Date Retd to Offender: | APR 20 2020 |

Offender Name: Dorgueale Jefferson TDCJ # 2223188

Unit: AH Housing Assignment: L 4/13

Unit where incident occurred: AH

You must try to resolve your problem with a staff member before you submit a formal complaint. The only exception is when appealing the results of a disciplinary hearing.

Who did you talk to (name, title)? D.H.O. When? N/A

What was their response? I-127.

What action was taken? I-127.

State your grievance in the space provided. Please state who, what, when, where and the disciplinary case number if appropriate

This I-127 is in refrence to case #20200126927 and due to [1] my procedural rights being violated, errors, and threats of violence. A thorough review of I-210 shows errors and even two hand writings. The preliminary investigations was held 8 days after the case was written without there existing exceptional circumstances. According to the D100 no case was even logged until 8 days after the case was written. At the time I'm suppose to be able to question witnesses I was denied that right and denied questions to charging officer. The questions carried relevence e.g. it states that I said 'Love you' yet charging officer denied writing that, or that it happend and what she alleges happened was not documented this violates the fact that 'all cases MUST be adequately written describing the facts of the offence.' D.H.O. turned the recording off 3 times during the taking of evidence. The DHO threatend to 'beat the f**k out of me' after getting upset that I told her it is not hard to find my rejected witness. The fact that I was held in P.H.D. was not documented. When DHO alleges that she called Sgt Simmons I was omitted which was a evidence stage. Documentary evidence was excluded from the hearing yet DHO reason was deficient. Cross exgmination and confrontation was also denied, and was not documented [2] The DHO was caught leading and speculating by telling the charging officer "so by him saying he's sorry he's admitting his guilt." Nothing was done to substantiate my allegation of my life being in danger; no O.P.I., review of surveilence cameras. When asked to review the camera to refute Tillman's statement/lie that she and I did not talk outside four building that day. It's relevence is that it shows a consistency of lies, and lowers creditability. To my understanding I'm only allowed 4 months no contact visit yet was given 6. Due to my procedural rights being violated, the errors, the

threats of harm, insufficient evidence to substantiate a guilty finding and excessive punishment I am asking that said case be overturned. Furthermore If said case is not overturned I will legally challenge this case by all means warranted by taking it in front of a REAL JUDGE where these listed errors wait exist.

**Action Requested to resolve your Complaint.** Dismiss said case for above listed reasons. Furthermore reverse All that has happened subsequent this case. Erase all following cases & actions.

**Offender Signature:** [signature] **Date:** 2/19/2020

**Grievance Response:**

Disciplinary case #20200126927 has been reviewed. There were no procedural or due process errors identified. It appears that there was sufficient evidence to support a guilty verdict and the punishment imposed was within established guidelines. Based on available facts, there is no valid reason to warrant overturning this case.

**Signature Authority:** [signature] M. Alsobrook, AW **Date:** 4-1-20

**If you are dissatisfied with the Step 1 response, you may submit a Step 2 (I-128) to the Unit Grievance Investigator within 15 days from the date of the Step 1 response. State the reason for appeal on the Step 2 Form.**

**Returned because:** ***Resubmit this form when the corrections are made.**

- ☐ 1. Grievable time period has expired.
- ☐ 2. Submission in excess of 1 every 7 days. *
- ☐ 3. Originals not submitted. *
- ☐ 4. Inappropriate/Excessive attachments. *
- ☐ 5. No documented attempt at informal resolution. *
- ☐ 6. No requested relief is stated. *
- ☐ 7. Malicious use of vulgar, indecent, or physically threatening language. *
- ☐ 8. The issue presented is not grievable.
- ☐ 9. Redundant, Refer to grievance #________
- ☐ 10. Illegible/Incomprehensible. *
- ☐ 11. Inappropriate. *

**UGI Printed Name/Signature:** ________

**Application of the screening criteria for this grievance is not expected to adversely Affect the offender's health.**

**Medical Signature Authority:** ________

**OFFICE USE ONLY**

Initial Submission UGI Initials: ____

Grievance #: ____

Screening Criteria Used: ____

Date Recd from Offender: ____

Date Returned to Offender: ____

**2nd Submission** UGI Initials: ____

Grievance #: ____

Screening Criteria Used: ____

Date Recd from Offender: ____

Date Returned to Offender: ____

**3rd Submission** UGI Initials: ____

Grievance #: ____

Screening Criteria Used: ____

Date Recd from Offender: ____

Date Returned to Offender: ____

*Carbon copied*

8L41

# Texas Department of Criminal Justice

# STEP 2

## OFFENDER GRIEVANCE FORM

| OFFICE USE ONLY | |
|---|---|
| Grievance #: | 2020081274 |
| UGI Recd Date: | APR 30 2020 |
| HQ Recd Date: | MAY 05 2020 |
| Date Due: | 5-30 |
| Grievance Code: | 400 |
| Investigator ID#: | I2725 |
| Extension Date: | |

Offender Name: Donquale Jefferson TDCJ # 2223188

Unit: A.H. Housing Assignment: 8L.41.

Unit where incident occurred: A.H.

*You must attach the completed Step 1 Grievance that has been signed by the Warden for your Step 2 appeal to be accepted. You may not appeal to Step 2 with a Step 1 that has been returned unprocessed.*

**Give reason for appeal (Be Specific).** *I am dissatisfied with the response at Step 1 because...*

The recording is edited to exclude errors and the D.H.O. cunningly done this. Even - as I and - the the counsel substitute listened to the recording the counsel sub. advised me that "she violated your procedural rights." I feel the I-127 was poorly handled and many facts were ignored. I've already sent off a Federal Habeas Corpus attacking such matter, yet it is not to late to admit fault.

**Offender Signature:** [signature] **Date:** 4/30/2020

**Grievance Response:**

Major disciplinary case #20200126927 has been reviewed. The disciplinary 30.1 and 46.0 charges were appropriate for the offense and the guilty verdict was supported by a preponderance of the evidence. All due process requirements were satisfied and the punishment assessed by the Disciplinary Hearing Officer was within agency guidelines. No further action is warranted in this matter.

H. M. Pederson

**Signature Authority:** [signature] **Date:** MAY 13 2020

**Returned because:** ***Resubmit this form when corrections are made.***

☐ **1. Grievable time period has expired.**

☐ **2. Illegible/Incomprehensible.***

☐ **3. Originals not submitted. ***

☐ **4. Inappropriate/Excessive attachments.***

☐ **5. Malicious use of vulgar, indecent, or physically threatening language.**

☐ **6. Inappropriate.***

**CGO Staff Signature:** ______________________

**OFFICE USE ONLY**

**Initial Submission** **CGO Initials:** ______

Date UGI Recd: ______

Date CGO Recd: ______

(check one) ___Screened ___Improperly Submitted

Comments: ______

Date Returned to Offender: ______

**2nd Submission** **CGO Initials:** ______

Date UGI Recd: ______

Date CGO Recd: ______

(check one) ___Screened ___Improperly Submitted

Comments: ______

Date Returned to Offender: ______

**3rd Submission** **CGO Initials:** ______

Date UGI Recd: ______

Date CGO Recd: ______

(check one) ___Screened ___Improperly Submitted

Comments: ______

Date Returned to Offender: ______

8L-41B

JUN 24 2020

2020074071

# Texas Department of Criminal Justice

# STEP 2 OFFENDER GRIEVANCE FORM

| OFFICE USE ONLY | |
|---|---|
| Grievance #: | 2020074071 |
| UGI Recd Date: | 5-5 |
| HQ Recd Date: | MAY 13 2020 |
| Date Due: | 6-14 |
| Grievance Code: | 501 |
| Investigator ID#: | I1364 |
| Extension Date: | |

**Offender Name:** Dorguese Jefferson **TDCJ #** 2223188

**Unit:** A H **Housing Assignment:** 8L.41.B.

**Unit where incident occurred:** AH.

*You must attach the completed Step 1 Grievance that has been signed by the Warden for your Step 2 appeal to be accepted. You may not appeal to Step 2 with a Step 1 that has been returned unprocessed.*

**Give reason for appeal (Be Specific).** *I am dissatisfied with the response at Step 1 because...*

It states there are "no evidence to support [My] allegations that Staff was responsible for the loss of [my] personal property" How so? Upon being locked up it is an unequivocal and also inevitable fact that after leaving to 11-Building your property is packed and inventoried. What is also fact is the day I got locked up and placed on 11-Building I was coming from commissary. I had yet to even get in my housing area. Fact is I was arrested coming out of the commissary door. So the listed Items are fact that I had them being that I was actually coming from commissary and had just purchased them. Fact: I need my I.D. to purchase commissary, Fact, all listed Items were bought seconds before I was locked up. Fact: I had not even set my commissary bags down yet nor interacted with anyone being that I was arrested right after purchase, so it is fact that all Items I had at the time of lock up. Furthermore the PROP-05 states "3 pints of Ice cream (melted) disposed of." It further states I "signed the PROP-05" form, such is correct, it also states the above on the PROP-05 form. They (Being TDCJ) disposed of my pints, not me. TDCJ packed my pints, not me. I had my I.D. yet T.D.C.J. got my ID off of me and discarded it, not me. TDCJ took my Jackets that had all my 'other' listed misplaced Items, not me. So then again How is this my fault? I am giving TDCJ the chance

to correct this issue befor it reaches the courts - since paperwork has already been filed.

**Offender Signature:** Dryule Jefferson **Date:** 5/4/2020

**Grievance Response:**

Your Step 2 grievance has been investigated by this office. You were appropriately advised at the Step 1 level. There is insufficient evidence to support your allegations that TDCJ is responsible for the alleged missing property. Records reflect that you signed for your property on 02/11/20. Based on the evidence available at this time, no further action is warranted.

**Signature Authority:** MW M. LEWANDOWSKI **Date:** 6/4/20

**Returned because:** *Resubmit this form when corrections are made.

☒ **1. Grievable time period has expired.**

☒ **2. Illegible/Incomprehensible.***

☒ **3. Originals not submitted.** *

☒ **4. Inappropriate/Excessive attachments.***

☒ **5. Malicious use of vulgar, indecent, or physically threatening language.**

☒ **6. Inappropriate.***

**CGO Staff Signature:** ______________________

**OFFICE USE ONLY**

**Initial Submission** **CGO Initials:** ______

Date UGI Recd: ______

Date CGO Recd: ______

(check one) ___Screened ___Improperly Submitted

Comments: ______

Date Returned to Offender: ______

**2nd Submission** **CGO Initials:** ______

Date UGI Recd: ______

Date CGO Recd: ______

(check one) ___Screened ___Improperly Submitted

Comments: ______

Date Returned to Offender: ______

**3rd Submission** **CGO Initials:** ______

Date UGI Recd: ______

Date CGO Recd: ______

(check one) ___Screened ___Improperly Submitted

Comments: ______

Date Returned to Offender: ______

*Emergency I-127*

Texas Department of Criminal Justice

*8L-41B*

# STEP 1 OFFENDER GRIEVANCE FORM

*Carbon coppied*

| OFFICE USE ONLY | |
|---|---|
| Grievance #: | 2020096713 |
| Date Received: | 3-27-20 |
| Date Due: | 5-11-20 |
| Grievance Code: | 648 |
| Investigator ID #: | I2641 |
| Extension Date: | NA |
| Date Retd to Offender: | MAY 13 2020 |

Offender Name: *Donquale Jefferson* TDCJ # *2223188*

Unit: *A H* Housing Assignment: *8L.41.B*

Unit where incident occurred: *AH*

You must try to resolve your problem with a staff member before you submit a formal complaint. The only exception is when appealing the results of a disciplinary hearing.

Who did you talk to (name, title)? *DR. Green "~~Smith wants me to revoke~~* When? *N/A*

What was their response? *SMith wants me to revoke your front cuff pass.*

What action was taken? *I-127*

State your grievance in the space provided. Please state who, what, when, where and the disciplinary case number if appropriate

*Major SMith is a correctional officer with the rank of a Major. Though he constitutes for-and to-administration, his job dutys does not include being a U.T.M.B. worker. Both workers - medical workers - of U.T.MB & Texas Tech has offered me a front cuff pass on 4 consecutive units due to the demonstrable fact that I can not place my hands behind my back, yet Major SMith is surreptitiously - yet literally - ~~x~~ bullying - in the nefarious method of abuse and intimidation - offenders and the unit providers by telling them how he prefers for A.H. to be ran, as to how the rules and regulations set in place demonstrates for a unit to be opperated. Medical has told me that he - Making refrence to SMith - said "I only want '5' frontcuff passes on my unit." Then he went to "We can do 7," then "9," and so forth, yet It is not his duty to determine who has or can receive front cuff passes. He is not qualified, competent, or trained to administer frontcuff passes nor abolish my frontcuff pass, nor does he have the power to delegate Dr. Green to do so. Green documented the indisputable facts about my arm - as have other doctors - and said "I'll leave it on there until [SMith] get's on my [butt] about it." I have 2 people inside medical who said if subpoena ad testificandum they would reveal and substantiate these allegations. Furthermore a simple subpoena duces tecum is all that's needed. I was preparing a legal lawsuit already. If I do not receive*

this matter can be added

My front cuff pass back. It should be noted I have 4 officers who also will testify. Guess it's time to see if my paralegal studies from Blackstone College are effective in getting back what's righteously suppose to be mine.

Action Requested to resolve your Complaint. Anew my Frontcuff pass.

Offender Signature: [signature] Date: 3/25/2020

Grievance Response:

Un-Substantiated: This offender seen by me on 3/10/20 for a request of a handcuff pass. The escorting security officer had cuffed him in the front with a belt. The exam of the left elbow revealed restriction of the range of motion of this joint. The patient was advised these findings would be documented in his medical record. He was advised that with respect to forensic restraints, health care providers should communicate limitations with restraining offenders rather than directing security how to restrain an offender. He was also advised the Texas Medical Board considers forensic restraints is a security procedure.

D. Greene MD.

Signature Authority: [signature] T. SMITH RN CNM Date: MAY 0 4 2020

**If you are dissatisfied with the Step 1 response, you may submit a Step 2 (I-128) to the Unit Grievance Investigator within 15 days from the date of the Step 1 response. State the reason for appeal on the Step 2 Form.**

Returned because: ***Resubmit this form when the corrections are made.**

- ☐ 1. Grievable time period has expired.
- ☐ 2. Submission in excess of 1 every 7 days. *
- ☐ 3. Originals not submitted. *
- ☐ 4. Inappropriate/Excessive attachments. *
- ☐ 5. No documented attempt at informal resolution. *
- ☐ 6. No requested relief is stated. *
- ☐ 7. Malicious use of vulgar, indecent, or physically threatening language. *
- ☐ 8. The issue presented is not grievable.
- ☐ 9. Redundant, Refer to grievance #______
- ☐ 10. Illegible/Incomprehensible. *
- ☐ 11. Inappropriate. *

**UGI Printed Name/Signature:** ______

**Application of the screening criteria for this grievance is not expected to adversely Affect the offender's health.**

**Medical Signature Authority:** ______

**OFFICE USE ONLY**

Initial Submission UGI Initials: ____

Grievance #: ____

Screening Criteria Used: ____

Date Recd from Offender: ____

Date Returned to Offender: ____

**2nd Submission** **UGI Initials:** ____

Grievance #: ____

Screening Criteria Used: ____

Date Recd from Offender: ____

Date Returned to Offender: ____

**3rd Submission** **UGI Initials:** ____

Grievance #: ____

Screening Criteria Used: ____

Date Recd from Offender: ____

Date Returned to Offender: ____

AH-0044 2/20 PHD-05 4 RED

# TEXAS DEPARTMENT OF CRIMINAL JUSTICE
## Offender Property Inventory

**Offender** *(Print Name)*: Jefferson Dongucle **TDCJ #:** 2223188 **Unit:** AH

**Date of Inventory:** 2/4/20 **Reason for Inventory:** Lock up

**Section I: Authorized Offender Property**

*Instructions: Enter the quantity in the appropriate column beside the item at time of inventory.*

**KEY: "O" = In Offender's possession; "P" = Stored in Property Room; √ = Must be registered; * = Only females may possess**

| ITEM | O | P |
|---|---|---|
| **Consumable Items** | | |
| Bread | | |
| Canned drinks | | |
| Candy | | |
| Cheese | | 3 |
| Chips | | 3 |
| Coffee | | 5 |
| Crackers | | |
| Hot sauce | | 2 |
| Jelly | | |
| Meats | | 20 |
| Pastries | | |
| Peanut butter | | 2 |
| Pickles | | 4 |
| Soup | | 32 |
| Spreads | | |
| Sweetener | | 3 |
| Tortillas | | |
| Cookies | | 15 |
| **Correspondence/Publications** | | |
| Letters | | |
| Magazines | | |
| General Text | | |
| Newspapers | | |
| **Craft Items** | | |
| Colored pencils | | |
| Water colors | | |
| Paper | | |
| Equipment | | |
| **Educational Items** | | |
| Books | | 18 |
| Literature (Pamphlets) | | |
| **Electrical Equipment (1 each)** | | |
| √ Fan | | 1 |
| Headphones | | |
| √ Antenna | | |
| √ Hot pot | | 1 |
| √ Multi-outlet | | |
| √ Clamp-on lamp | | 1 |
| √ Alarm clock | | |
| √ Radio | | |
| √ Typewriter/word processor | | |

| ITEM | O | P |
|---|---|---|
| **Gender-Related (Females Only)** | | |
| * Bobby pins | | |
| * Bras (Limit 7) | | |
| * √ Curling iron | | |
| * Douche items | | |
| * Gender box | | |
| * Hair accessories (6 items/sets) | | |
| * √ Hair dryer | | |
| * Hair rollers (Limit 24) | | |
| * Hair ties | | |
| * Make up (10 Items) | | |
| * Panties (Limit 7) | | |
| * Perfume lotion (Limit 2) | | |
| * Sanitary napkins/tampons | | |
| * Stud Earrings (Limit 2 pair) | | |
| *Tweezers (Limit 1) | | |
| **Health Care Devices/Supplies** | | |
| √ Prescription eyeglasses | | |
| √ Prescription sunglasses | | |
| *(√ Only if free world)* | | |
| **Jewelry Items (1 each)** | | |
| √ Wedding Ring | | |
| √ Wrist Watch | | |
| **Legal Material** | | |
| Pleadings, transcripts, law books, notes, attorney letters, carbon paper, writ envelopes, etc. **Estimate Qty in Inches (").** | | |
| **Necessity Items** | | |
| Gym shorts-personal (Limit 4) | | |
| Shoes (TDCJ-issued, limit 1 pair) | | |
| Shoes-personal (√ Limit 1-2 pair) | | |
| Socks-personal (Limit 4 pair) | | |
| Thermal bottom-personal (Limit 2) | | |
| Thermal top-personal (Limit 2) | | |
| T-shirt-personal (Limit 4) | | |

| ITEM | O | P |
|---|---|---|
| **Personal Hygiene Items** | | |
| Activator | | |
| After shave | | |
| Baby oil | | |
| Baby powder | | 1 |
| Brush | | |
| Comb | | 1 |
| Conditioner | | |
| Dental flossers | | |
| Deodorant | 1 | |
| Foot powder | | |
| Hair dressing | | |
| Hair gel | | |
| Lotion | | |
| Petroleum jelly | | 1 |
| Razor, disposable | | |
| Shampoo | | |
| Shaving cream | | |
| Shower shoes | 1 | |
| Soap/soap dish | | 20 |
| Tooth brush/holder | 1 | |
| Tooth paste | 1 | |
| **Religious Items** | | |
| √ Medallion (Religious) | | |
| √ **Other:** (Headband, hijab, kufi, medicine bag, natural objects, prayer rug, prayer shawl, tallith, turban, wooden comb, yarmulke) | | |
| **Stationery Items** | | |
| Envelopes | | |
| Greeting cards | | |
| Ink pens | | 2 |
| Paper | | |
| Pencils | | 9 |
| Stamps (60 Max.) | | |
| Tablets | | 2 |

| ITEM | O | P |
|---|---|---|
| **Miscellaneous Items** | | |
| Commissary bag | | 1 |
| Commissary chain (Limit 1) | | |
| Cup | | |
| Handkerchief | | |
| Pencil sharpener (Limit 1) | | 1 |
| Plastic bowl | | 1 |
| Plastic lock/key (1 per box) | | |
| Small nail clippers (Limit 1) | | |
| Spoon | | |
| Work gloves (Limit 1) | | |
| Beans | | 2 |
| Rice | | 6 |
| BBQ | | 2 |
| Ice creams | | 3 |
| [illegible] | | 3 |
| [illegible] | | 4 |
| [illegible] | | 2 |
| [illegible] | | 1 |
| [illegible] | | |
| [illegible] | | 1 |
| [illegible] | | 4 |
| KOP | 2 | |

**NOTE ITEMS ON OFFENDER'S PERSON, such as a** *wedding ring, wristwatch, shoes, or t-shirt:*

**SECTION II: Staff Acknowledgment of a Complete and Accurate Inventory**

*Instructions: If offender is not present during inventory, a staff witness shall be present.*

Inventory Staff *(Print Name)*: Castillo Signature/Date: [signature] 2/4/20

Staff Witness *(Print Name)*: Edwards, J. Signature/Date: [signature] 2/4/20

**SECTION III: Offender Receipt of Property**

I have reviewed the above inventory of my personal property and it is correct. I understand that if I choose to possess property while in the TDCJ, I consent to its rules and regulations regarding acquisition, possession, storage, and disposition. I also understand that in the event of loss or damage determined to be the responsibility of the TDCJ, reimbursement would generally be paid at no more than $50 per item or $500 total.

A. **Items retained by offender or stored in the property room (See items marked above)**

Offender *(Signature/Date)*: Staff Initials/Date:

B. **Items returned to offender (See items marked above)**

Offender *(Signature/Date)*: [signature] Staff Initials/Date: VB 2/11/20

**Instructions on back of Form** **Las instrucciones a la espalda de forma**

3 pints of Ice Cream (Melted) disposed of.

PROP-05 (05/15) Original Offender File; Yellow Property Room Intake; Pink with Stored Property; Gold to Offender

# OFFENDER NOTICE OF RESPONSIBILITY

Offenders who have property stored in the unit property room for one of the following reasons are responsible for making notifications regarding that property, as noted below:

- **RELEASE FROM THE TEXAS DEPARTMENT OF CRIMINAL JUSTICE FOR PAROLE OR EMERGENCY ABSENCE**

  You must contact the property officer on your last unit of assignment to make arrangements for disposition of any property left in the custody of the TDCJ. If you fail to make notification in **30 days** following your release, your property will be disposed of in accordance with AD-03.72.

- **RELEASE FROM THE TEXAS DEPARTMENT OF CRIMINAL JUSTICE FOR BENCH WARRANT**

  You must contact the property officer on your last unit of assignment to make arrangements for disposition of any property left in the custody of the TDCJ. If you fail to make notification up to **six months** following your release, your property will be disposed of in accordance with AD-03.72. When returning to the TDCJ, you may only bring in the items you took when you left, and then only if it is on the list of authorized property for newly received offenders.

- **PLACEMENT IN ADMINISTRATIVE SEGREGATION OR DEATH ROW LEVEL III STATUS.**

  All restricted property will be inventoried and stored in the property room. If you remain at Level III status for a period of **nine consecutive months,** you must make disposition of your stored property. The property officer will contact you to determine if you wish to have the property mailed to or picked up by someone on your Approved Visitors List. If you fail to make disposition of the property, it will be disposed of in accordance with AD-03.72.

---

# AVISO DE RESPONSIBILIDAD PARA LOS PRESOS

Ofensores que tienen propiedad almacenada en el cuarto de propiedad de la unidad por una de las razones siguientes son responsables de hacer notificacion relacionada a esa propiedad, como se anota a continuación:

- **LIBERACION DEL DEPARTAMENTO DE JUSTICIA CRIMINAL DE TEXAS POR LIBERTAD CONDICIONAL O AUSENCIA POR EMERGENCIA**

  Usted debe contactar al oficial de propiedad en su última unidad de asignación para hacer los arreglos para disposición de cualquier propiedad dejada en custodia del TDCJ. Si usted falla en hacer la notificación en los **30 días** siguientes de su liberación, su propiedad sera desechada de acuerdo con las en AD-03.72.

- **LIBERACION DEL DEPARTAMENTO DE JUSTICIA CRIMINAL DE TEXAS POR UNA ORDEN DE ARRESTO – BENCH WARRANT**

  Usted debe contactar al oficial de propiedad en su última unidad de asignación para hacer los arreglos para disposición de cualquier propiedad dejada en custodia del TDCJ. Si usted falla en hacer la notificación en los **sies meses** siguientes de su liberación, su propiedad sera desechada de acuerdo con las en AD-03.72. Despues su regreso al TDCJ, usted puede traer solamente los artículos que usted se llevo cuando salio y además sólo si están en la lista de propiedad autorizada para ofensores nuevamente recibidos.

- **COLOCACION EN SEGREGACION ADMINISTRATIVA O ESPERA DE MUERTE ESTATUS NIVEL III**

  Toda propiedad restringida sera inventariada y almacenada en el cuarto de propiedad. Si usted permanece en estatus Nivel III por un período de **nueve meses consecutivos**, usted debe hacer disposición de su propiedad almacenada. El oficial de propiedad lo contactara para determinar si usted desea que la propiedad sea enviada o recogido por alguien en su Lista Aprobada de Visitantes. Si usted falla en hacer disposición de la propiedad, esta sera desechada de acuerdo a las en AD-03.72.

DONQUAL JEFFERSON #2223188
3201 FM 929
GATESVILLE TX 76597

Austin PDC TX 787
THU 15 OC



CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
UNITED STATES COURTHOUSE
800 FRANKLIN AVENUE, ROOM 380
WACO, TEXAS 76701

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE: $300